FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 2 - 2009

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. __09CV02813__ *BNB*

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

JAN B. HAMILTON,

    Plaintiff,

v.

JANDELL T. ALLEN-DAVIS,
NED COLONGE,
CARLTON JENNINGS,
KATHLEEN MATTHEWS,
JOSE A. MELENDEZ,
LETECIA M. OVERHOLT,
DENNIS A. PHELPS,
SUE RADCLIFF,
STEPHEN D. SCHOEMAKER,
LINDA VOLZ,
SUSAN MILLER,
CHERYL HARA,
KAREN McGOVERN,
DALE J. UTT,
MARK C. WATTS, and
LISA R. BUTLER,

    Defendants.

---

**ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

Plaintiff has submitted a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, the first page of a Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915, a Complaint, and a "Motion and Request for a Court[-]Appointed Attorney." As part of the court's review pursuant to D.C.COLO.LCivR

8.1, the court has determined that the documents Plaintiff has submitted to the court are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if she wishes to pursue her claims in this action. Any papers that Plaintiff files in response to this order must include the civil action number on this order.

**Motion for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**
(1) __ is not submitted
(2) __ is not on proper form (must use the court's current form)
(3) __ is missing original signature by plaintiff/petitioner/applicant on motion
(4) __ is missing affidavit
(5) __ affidavit is incomplete
(6) __ is missing original signature by plaintiff/petitioner/applicant on affidavit
(7) xx affidavit is not notarized or is not properly notarized
(8) __ names in caption do not match names in caption of complaint, petition or application
(9) __ An original and a copy have not been received by the court. Only an original has been received.
(10) __ other _____

**Complaint or Petition:**
(11) __ is not submitted
(12) __ is not on proper form (must use the court's current form)
(13) __ is missing an original signature by the plaintiff/petitioner/applicant
(14) xx is incomplete (pages 3-5 are missing)
(15) __ uses et al. instead of listing all parties in caption
(16) __ An original and a copy have not been received by the court. Only an original has been received.
(17) __ Sufficient copies to serve each defendant/respondent have not been received by the court.
(18) __ names in caption do not match names in text
(19) __ other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order.** Any papers that Plaintiff files in

response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to Plaintiff, together with a copy of this order, two copies of the following forms: Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915; Complaint. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 30th day of November, 2009.

BY THE COURT:

_/s/ Boyd N. Boland_
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. **09CV02813**

Jan B. Hamilton
P.O. Box 8458
Aspen, CO 81612

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Complaint forms** to the above-named individuals on __12/2/09__

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk